David S. Kahn, Esq.
Nevada Bar No. 7038
Carl R. Houston, Esq.
Nevada Bar No. 11161
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
Carl.Houston@wilsonelser.com
*Attorneys for Defendant Tall Trees Logistics Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SADANA AND ARA LIQUIDATIONS LLC., | CASE NO. 2:16-cv-01203-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |
| v. | |
| TALL TREES LOGISTICS INC. AND 669779 ONTARIO LTD. DBA CSA TRANSPORTATION INC. | |
| Defendants, | |

IT IS HEREBY STIPULATED by and among, Plaintiff ARA Liquidations, LLC ("ARA"), by and through its attorney of record, Mincin Law, PLLC, Defendant Tall Trees Logistics Inc. ("Tall Trees"), by and through its attorney of record, Wilson Elser Moskowitz Edelman & Dicker LLP, and Defendant 669779 Ontario Ltd. dba CSA Transportation Inc. ("CSA"), by and through its attorneys of record, Stephenson & Dickinson, P.C. that the total value of damages in this action does not exceed this Court's requisite amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this Court, thus the case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

. . .

1055008v.1

1

1    IT IS FURTHER STIPULATED that Plaintiff WAIVES any right to collectively recover any

2    monies above and beyond SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in this action

3    against Defendants, resulting from the incident that gives rise to this litigation.

4

5    **APPROVED AS TO FORM AND CONTENT**

6    WILSON ELSER MOSKOWITZ EDELMAN &          MINCIN LAW, PLLC
     DICKER LLP

7

8    /s/David S. Kahn                                              /s/David Mincin
     David S. Kahn, Esq.                                          David Mincin, Esq.

9    Nevada Bar No. 7038                                          Nevada Bar No. 5427
     Carl R. Houston, Esq.                                        528 S. Casino Center, #325

10   Nevada Bar No. 11161                                         Las Vegas, NV 89101
     300 South Fourth Street, 11th Floor                          *Attorney for Plaintiff ARA Liquidations, LLC*

11   Las Vegas, NV  89101
     *Attorneys for Defendant Tall Trees Logistics Inc.*

12

13   Dated: October 20, 2016.                                     Dated:  October 20, 2016.

14   STEPHENSON & DICKINSON, P.C.

15   /s/Jacquelyn M. Franco

16   Bruce S. Dickinson, Esq.
     Nevada Bar No. 002297

17   Michael Hottman, Esq.
     Nevada Bar No. 008501

18   Jacquelyn M. Franco, Esq.
     Nevada Bar No. 13484

19   2820 West Charleston Boulevard, Suite B-19
     Las Vegas, NV 89102

20   *Attorneys for 669779 Ontario Ltd. d/b/a CSA*
     *Transportation, Inc.*

21

22   Dated:  October 20, 2016.

23

24

25

26

27

28

ORDER

1

2      DATED this 7th day of November, 2016

3

4                                                    RICHARD F. BOULWARE, II
                                                     United States District Judge
5

6

7    Prepared and Respectfully Submitted by:

8    **WILSON, ELSER, MOSKOWITZ, EDELMAN
       & DICKER LLP**

9    BY: _____
          David S. Kahn, Esq.
10        Nevada Bar No. 7038
          Carl R. Houston, Esq.
11        Nevada Bar No. 11161
          300 South Fourth Street, 11th Floor
12        Las Vegas, NV 89101
          *Attorneys for Defendant Tall Trees Logistics Inc*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1055008v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 1st day of November, 2016, I served a true and correct copy of the foregoing **DEFENDANT TALL TREES LOGISTICS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ONTARIO LTD. DBA TRANSPORTATION, INC.** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐     via hand-delivery to the addressees listed below;

☐     via facsimile;

☐     by transmitting via email the document listed above to the email address set forth below on this date:

David Mincin, Esq.
MINCIN LAW, PLLC
528 S. Casino Center Blvd. #325
Las Vegas, NV 89101
dmincin@mincinlaw.com
*Attorney for Plaintiffs*

Bruce Scott Dickinson
Jacquelyn M. Franco
Stephenson & Dickinson
2820 West Charleston Blvd., Suite 19
Las Vegas, NV 89102
*Attorneys for 669779 Ontario, Ltd.*

BY: _____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

1055008v.1